**Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000790
01-MAR-2019
09:53 AM**

NO. CAAP-16-0000790

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


PATRICK BRADLEY, Plaintiff-Appellant, v.
KRISTIN SHARP, Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 14-1-349K)


ORDER OF CORRECTION
(By: Reifurth, J., for the court[1])

IT IS HEREBY ORDERED that the Memorandum Opinion filed on January 31, 2019, is corrected as follows:

On page 5, in the second line of the final paragraph, the date "May 26" is deleted and replaced with "August 16" so that the line reads:

Judgment and corresponding August 16, 2016 Summary Judgment Order,

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawai'i, March 1, 2019.

*Lawrence M Reifurth*
Associate Judge

---

[1]    Ginoza, Chief Judge, and Reifurth and Chan, JJ.